**UNITED STATES of America, Plaintiff-Appellant,**

v.

**$2,660.00 IN CURRENCY, Defendant-Appellee.**

**No. 27743.**

United States Court of Appeals, Fifth Circuit.

April 27, 1971.

Anthony J. P. Farris, U. S. Atty., Johnnie M. Walters, Asst. Atty. Gen., Tax Division, U. S. Dept. of Justice, Washington, D. C., George R. Pain, James R. Gough, Asst. U. S. Attys., Houston, Tex., for plaintiff-appellant.

Harry M. Reasoner, Frank F. Smith, Jr., Houston, Tex., for claimant Lydmil D. Sugarek; Vinson, Elkins, Searls & Connally, Houston, Tex., of counsel.

**536**

Before RIVES, GOLDBERG, and GODBOLD, Circuit Judges.

PER CURIAM:

The sole question presented by this appeal is whether a statutory forfeiture proceeding brought pursuant to 26 U.S.C.A. § 7302 is constitutionally permissible after Marchetti v. United States, 1968, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed.2d 889, and Grosso v. United States, 1968, 390 U.S. 62, 88 S.Ct. 709, 19 L.Ed.2d 906. The Supreme Court answered this question negatively in United States v. United States Coin and Currency, 401 U.S. 715, 91 S.Ct. 1041, 28 L.Ed.2d 434 (opinion announced April 5, 1971). Accordingly, the judgment of the district court is affirmed.